**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

TIFFANY BARKSDALE,
and
DOMINICK BARKSDALE

    Plaintiffs,

v.                                         Civil Action No. 2:20-CV-00352-RBS-DEM

TRANS UNION, LLC, HUNTER
WARFIELD, INC., and RPM HAMPTON
ROADS, INC.

    Defendants.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO**
**<u>DEFENDANT RPM HAMPTON ROADS, INC.</u>**

COME NOW the Plaintiffs, Tiffany Barksdale and Dominick Barksdale, by counsel, and hereby notify the Court and the parties that they have elected to dismiss Defendant RPM Hampton Roads, Inc, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

        **Respectfully submitted,**
        **TIFFANY BARKSDALE**
        **and**
        **DOMINICK BARKSDALE**

        By:_____/s/_____
        Matthew J. Erausquin, VSB #65434
        Consumer Litigation Associates, P.C.
        1800 Diagonal Road, Ste. 600
        Alexandria, Virginia 22314
        (703) 273-7770 - Telephone
        (888) 892-3512 - Facsimile
        Email: matt@clalegal.com

        *Counsel for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will cause a notice of electronic filing to be sent to all counsel of record.

An additional copy will be sent today via U.S. Mail to Defendant RPM Hampton Roads, Inc. c/o L.T. Caplan, 5350 Kempsriver Rd., Suite 108, Virginia Beach, VA 23464.

By:_____/s/_____
Matthew J. Erausquin, VSB #65434
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Ste. 600
Alexandria, Virginia 22314
(703) 273-7770 - Telephone
(888) 892-3512 - Facsimile
Email: matt@clalegal.com

*Counsel for the Plaintiffs*