**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| TIFFANY BARKSDALE, and DOMINICK BARKSDALE<br><br>Plaintiffs,<br>v.<br><br>TRANS UNION, LLC, et al.<br><br>Defendants. | Civil No. 2:20-cv-00352-RBS-DEM |

## NOTICE OF SETTLEMENT

Plaintiffs, Tiffany Barksdale and Dominick Barksdale, by counsel, hereby notify the Court that they have now settled their claims against Defendant Trans Union, LLC. The parties are working to finalize their respective settlement agreements. They will file a Joint Stipulation of Dismissal with Prejudice once this has been completed.

This matter continues as to Defendant Hunter Warfield, Inc.

                                                           Respectfully submitted,
                                                           **Tiffany Barksdale
                                                           and
                                                           Dominick Barksdale**

                                                           By:        */s/*
                                                           Matthew J. Erausquin, VSB #65434
                                                           Consumer Litigation Associates, P.C.
                                                           1800 Diagonal Road, Suite 600
                                                           Alexandria, VA 22314
                                                           (703) 273-7770 – Telephone
                                                          (888) 892-3512 – Facsimile
                                                          Email: matt@clalegal.com

                                                         *Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2020, I filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which will then send a notice of electronic filing to all counsel of record:

Gibson Sinclair Wright
McCandlish Holton PC
1111 E Main St
Suite 2100
PO Box 796
Richmond, VA 23218-0796
Telephone: (804) 775-3100
Fax: (804) 775-3800
Email: gwright@lawmh.com

*Counsel for Trans Union, LLC*

Mark Richard Colombell
ThompsonMcMullan, P.C.
100 Shockoe Slip
3rd Fl
Richmond, VA 23219-4140
Telephone: (804) 698-6251
Fax: (804) 780-1813
Email: mcolombell@t-mlaw.com

*Counsel for Hunter Warfield, Inc.*

_____/s/_____
Matthew J. Erausquin, VSB #65434
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
(703) 273-7770 - Telephone
(888) 892-3512 - Facsimile
Email: matt@clalegal.com

*Counsel for the Plaintiffs*