**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| TIFFANY BARKSDALE, and DOMINICK BARKSDALE<br><br>     Plaintiffs,<br>v.<br><br>TRANS UNION, LLC, and HUNTER WARFIELD, INC.<br><br>     Defendants. | Case No. 2:20-cv-00352-RBS-DEM |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Tiffany Barksdale, Dominick Barksdale and Defendant Trans Union, LLC, stipulate to the dismissal of all claims against Trans Union, LLC, with prejudice, with each side to bear its own costs and fees.

The Court retains jurisdiction for the limited purpose of enforcing the settlement. This matter continues as to Defendant Hunter Warfield, Inc.

 

Respectfully submitted,
**Tiffany Barksdale**
**and**
**Dominick Barksdale**

By:_____/s/_____
Matthew J. Erausquin, VSB #65434
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
(703) 273-7770 – Telephone
(888) 892-3512 – Facsimile
Email: matt@clalegal.com

*Counsel for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November, 2020, I filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which will then send a notice of electronic filing to all Counsel of Record.

Gibson Sinclair Wright
McCandlish Holton PC
1111 E Main St
Suite 2100
PO Box 796
Richmond, VA 23218-0796
Telephone: (804) 775-3100
Fax: (804) 775-3800
Email: gwright@lawmh.com

*Counsel for Trans Union, LLC*

Mark Richard Colombell
ThompsonMcMullan, P.C.
100 Shockoe Slip
3rd Fl
Richmond, VA 23219-4140
Telephone: (804) 698-6251
Fax: (804) 780-1813
Email: mcolombell@t-mlaw.com

*Counsel for Hunter Warfield, Inc.*

/s/
Matthew J. Erausquin, VSB #65434
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
(703) 273-7770 - Telephone
(888) 892-3512 - Facsimile
Email: matt@clalegal.com

*Counsel for the Plaintiffs*