UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

TIFFANY BARKSDALE and
DOMINICK BARKSDALE,

      Plaintiffs,

v.                                      Civil Action No.: 2:20-cv-352-RBS-DEM

TRANS UNION, LLC, and HUNTER
WARFIELD, INC.

      Defendants.

## NOTICE OF SETTLEMENT

Plaintiffs, TIFFANY BARKSDALE and DOMINICK BARKSDALE, by counsel, hereby notifies the Court that they have reached a settlement that resolves their claims against Defendant, HUNTER WARFIELD, INC. The parties are diligently working to obtain signatures on a Settlement Agreement and Mutual Release which is being prepared and will be agreed upon by undersigned counsel. Pending endorsement of the settlement agreement, the parties shall timely file the proper form of dismissal.

                Respectfully submitted,
                TIFFANY BARKSDALE, et al,


                By:  */s/ Leonard A. Bennett*
                Leonard A. Bennett, Esq.
                Consumer Litigation Associates, P.C.
                763 J. Clyde Morris Boulevard, Suite 1-A
                Newport News, Virginia 23601
                Telephone: (757) 930-3660
                Facsimile: (757) 930-3662
                Email: lenbennett@clalegal.com