# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**TIFFANY BARKSDALE, et al,**

  **Plaintiffs,**

**v.**              **CIVIL NO. 2:20-cv-352**

**HUNTER WARFIELD, INC., et al,**

  **Defendants,**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Tiffany Barksdale and Dominick Barksdale, and Defendant Hunter Warfield, Inc. stipulate to dismissal with prejudice, each party to pay its own costs and attorneys fees. Therefore, dismissal without a court order is proper.

There are no longer any issues in this action between Plaintiffs and Hunter Warfield, Inc., to be determined by the Court, and all parties that have entered an appearance stipulate to its dismissal, with the court retaining jurisdiction for the purpose of enforcing the settlement of the matter.

Respectfully submitted this 23rd day of December, 2020.

| | |
|---|---|
| By: /s/ | By: /s/ |
| Leonard A. Bennett, Esq. | Mark Colombell, Esq. |
| VSB: 37523 | VSB: 48183 |
| Consumer Litigation Associates, P.C. | ThompsonMcMullan, P.C. |
| 763 J. Clyde Morris Boulevard, Suite 1-A | 100 Shockoe Slip, 3rd Fl |
| Newport News, Virginia 23601 | Richmond, Virginia 23219 |
| Telephone: (757) 930-3660 | Telephone: (804) 698-6251 |
| Facsimile: (757) 930-3662 | Facsimile: (804) 780-1813 |
| Email: lenbennett@clalegal.com | Email: mcolombell@t-mlaw.com |
| *Counsel for Plaintiffs* | *Counsel for Hunter Warfield, Inc.* |